IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNA LEE ANN DAVIS                                           PLAINTIFF

VS.                         CASE NO. 3:16CV00157 PSH

CAROLYN W. COLVIN, Acting Commissioner,
    Social Security Administration                          DEFENDANT

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 11th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE